**ENGELMAN BERGER, P.C.**
WADE M. BURGESON (SBA 015650)
wmb@eblawyers.com
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel:  602.271.9090
Fax:  602.222.4999

Attorneys for Defendant,
PHI HEALTH, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| PHI Health, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>Oscar Health, Inc. and Oscar Health Plan, Inc.,<br><br>            Defendants. | Case No. 2:25-cv-02599-DWL<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

PHI Health, LLC ("PHI" or "Plaintiff"), by and through undersigned counsel, hereby gives notice of the dismissal with prejudice of this lawsuit against Defendants Oscar Health, Inc. and Oscar Health Plan, Inc. ("Defendants').  Because Defendants have not filed an answer or motion for summary judgment, this notice is effective without Court order, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**DATED** this 22nd day of September, 2025.

ENGELMAN BERGER, P.C.

By /s/ Wade M. Burgeson
Wade M. Burgeson
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Attorneys for PHI Health, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2025, I electronically filed the foregoing with the Clerk of the Court of the U.S. District Court, District of Arizona, using the CM/ECF system.  A Notice of Electronic Filing will be served to all CM/ECF registrants and via email (*) and mail via U.S. Postal Service to:

Matthew Schwartzkopf
Oscar Insurance Company
75 Varick Street, 5th Floor
New York, NY  10013
mschwartzkopf@hioscar.com
*Attorney for Defendants*

*/s/ Lisa G. Morgan*

2

4931-3307-5305, V. 1